OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, for reasons stated in the memorandum of the Appellate Division (155 AD2d 827). We add only that a party seeking to enforce a restriction on land use must prove, by clear and convincing evidence, the scope, as well as the existence, of the restriction
 
 (see, Willow Tex v Dimacopoulos,
 
 68 NY2d 963;
 
 Huggins v Castle Estates,
 
 36 NY2d 427;
 
 Premium Point Park Assn. v Polar Bar,
 
 306 NY 507). Plaintiffs failed to do so in this case.
 

 Concur: Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa.